# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **SANDRA SCHENKENBERGER,** | **Case No.: 3:25-cv-01091-AR** |
| **Plaintiff-Relator,** | **ORDER** |
| **v.** | |
| **PRIME CORNELL, LLC; OSWEGO LENDER, LLC; PRIME ADMINISTRATION, LLC,** | **FILED UNDER SEAL** <br> Pursuant to the False Claims Act, <br> 31 U.S.C. §§ 3730(b)(2) and (3) |
| **Defendants.** | |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1.      The complaint be unsealed and served upon the defendant by the relator;

2.      All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention;

**Order**                                                                                          **Page  1**

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings, notices, and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

5. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States; and

8. Should any party propose that this action be dismissed, settled, or otherwise discontinued, the Court and the parties will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

DATED this 19th day of May, 2026.

_____
Honorable Jeff Armistead
United States Magistrate Judge

Submitted by:

SCOTT E. BRADFORD, OSB #062824
United States Attorney

*/s/ William M. Narus* _____
**WILLIAM M. NARUS, CAB #243633**
First Assistant United States Attorney

**Order**                                                                 **Page 2**